IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **HYDRO-QUÉBEC,** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | Civil Action No. 3:11-CV-1216 |
| v. | § | |
| | § | Jury Trial Demanded |
| **A123 SYSTEMS, INC.** and | § | |
| **VALENCE TECHNOLOGY, INC.** | § | |
| | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF RELATED CASE

Pursuant to Local Rule 3.3(a), Hydro-Québec, Plaintiff in the referenced civil action, hereby files this Notice of Related Case. The related case is Civil Action Number 3:09-CV-01655-B, styled *The Board of Regents of the University of Texas System and Hydro-Québec v. A123 Systems, Inc., Black & Decker Corporation, and Black & Decker (U.S.) Inc.* The presiding judge over this pending case is the Honorable Jane Boyle.

Dated: June 7, 2011

Respectfully submitted,

By:   /s/ James W. Cannon
James W. Cannon (TX Bar No. 03746600)
Kevin J. Meek (TX Bar No. 13899600)
Darryl J. Adams (TX Bar No. 00796101)
**BAKER BOTTS L.L.P.**
98 San Jacinto Boulevard, Suite 1500
Austin, Texas  78701
Telephone:  512.322.2500
Facsimile:   512.322.2501
*jim.cannon@bakerbotts.com*
*kevin.meek@bakerbotts.com*
*darryl.adams@bakerbotts.com*

Ryan Bangert (TX Bar No. 2405446)
**BAKER BOTTS L.L.P.**
2001 Ross Avenue
Dallas, Texas  75201-2980
Telephone:  214.953.6500
Facsimile:   214.953.6503
*ryan.bangert@bakerbotts.com*


**ATTORNEYS FOR PLAINTIFF,
HYDRO-QUÉBEC**


**CERTIFICATE OF SERVICE**

      On June 7, 2011, I electronically filed the foregoing document with the clerk of the court using the electronic case filing system of the U.S. District Court, Northern District of Texas.  I hereby certify that I will serve Defendants, electronically, or by other means authorized by the Court or the Federal Rules of Civil Procedure, at the time that Defendants are served with the Complaint.

                                                        /s/ James W. Cannon
                                                          James W. Cannon